UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL PALMERI,<br><br>    *Plaintiff*,<br><br>    v.<br><br>HARMON STORES, INC., et al.<br><br>    *Defendants*. | Civil Action No. 23-1682(MCA)<br><br>ORDER |

    **IT APPEARING** that the defendants having filed for relief under Chapter 11 of the United States Bankruptcy Code,

    **IT IS** on this 19th day of January, 2024;

    **ORDERED** that the Clerk administratively terminate the action on his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
UNITED STATES DISTRICT JUDGE